E-FILED
Thursday, 21 September, 2006 11:13:32 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## Central District of Illinois

| UNITED STATES OF AMERICA<br>V.<br><br>Roland Boyce | COMMITMENT TO ANOTHER<br>DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense<br>NDIL<br>05 CR 548 | District of Arrest<br>CDIL<br>06-6043 | District of Offense |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

___ Indictment      ___ Information      ___ Complaint      _X_ Other (specify) Petition

Charging a violation of        21  U.S.C.  § 841(a)(1)

**DISTRICT OF OFFENSE** Northern District of Illinois

**DESCRIPTION OF CHARGES:** Rule to Show Cause Why Order of Release Should Not Be Revoked.

**CURRENT BOND STATUS:**

❑ Bail fixed at                   and conditions were not met
❑ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
❑ Other (specify)

| **Representation:** | ❑ Retained Own Counsel | ☒ Federal Defender Organization | ❑ CJA Attorney | ❑ None |
|---|---|---|---|---|

| **Interpreter Required?** | ❑ No | ❑ Yes | Language: | |
|---|---|---|---|---|

**CENTRAL  DISTRICT OF ILLINOIS**

## TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and thee deliver the defendant to the United States Marshal for that district or to some other officer authorized to receive the defendant.

9-21-06                    s/John A. Gorman
_____                    _____
Date                        John A. Gorman
                            United States  Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |