E-FILED
Thursday, 21 September, 2006  01:18:44 PM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

September 21, 2006

US District Court
Everett McKinley Dirksen Building
20th floor
219 South Dearborn Street
Chicago, IL 60604

CDIL Case Number 06-6043
NDIL Case Number 05 CR 548

Dear Sir:

Enclosed please find certified copies of all the documents and proceedings, along with a certified copy of the docket sheet in the above-titled case.

Please acknowledge receipt of these documents by signing and dating the enclosed copy of this letter and returning it to us.

If you have any questions, please do not hesitate to contact us at (309) 671-7117.

Sincerely,

s/ John M. Waters

John M. Waters, Clerk
JMW/sm
Enc.

Acknowledgment and Receipt:

_____          _____
Signature                                Date



# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

September 21, 2006

US District Court
Everett McKinley Dirksen Building
20th floor
219 South Dearborn Street
Chicago, IL 60604

CDIL Case Number 06-6043
NDIL Case Number 05 CR 548

Dear Sir:

Enclosed please find certified copies of all the documents and proceedings, along with a certified copy of the docket sheet in the above-titled case.

Please acknowledge receipt of these documents by signing and dating the enclosed copy of this letter and returning it to us.

If you have any questions, please do not hesitate to contact us at (309) 671-7117.

Sincerely,

s/ John M. Waters

John M. Waters, Clerk
JMW/sm
Enc.

Acknowledgment and Receipt:

_____          _____
Signature                                Date