

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

September  2006

FILED
OCT - 6 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
OCT 0 3 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

US District Court
Everett McKinley Dirksen Building
20th floor
219 South Dearborn Street
Chicago, IL 60604

CDIL Case Number 06-6043
NDIL Case Number 05 CR 548

Dear Sir:

Enclosed please find certified copies of all the documents and proceedings, along with a certified copy of the docket sheet in the above-titled case.

Please acknowledge receipt of these documents by signing and dating the enclosed copy of this letter and returning it to us.

If you have any questions, please do not hesitate to contact us at (309) 671-7117.

Sincerely,


John M. Waters, Clerk
JMW/sm
Enc.

Acknowledgment and Receipt:

_____          _____
Signature                             Date